**EXHIBIT 1**


WILMINGTON, DE 19850-5760

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-888-217-9861
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Feb 17, 2010

Calls to or from this company may be monitored
or recorded for quality assurance.

1389

HZ0629
LUCINDA GOTTSCHALK
5320 SADDLE RIDGE TRL
MAPLE PLAIN MN  55359-9413

CREDITOR: AMERICAN EXPRESS (US)
CREDITOR'S ACCOUNT #:              2007
REGARDING:
CURRENT BALANCE DUE: $2327.52

Please be advised that we have been requested by AMERICAN EXPRESS (US) to assist them in the collection of the amount set forth above.

You may contact us at 1-888-217-9861 if you have any questions or if you would like to discuss this matter further.

**You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CHZ06290-73BF3A.** To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

THIS COLLECTION AGENCY IS LICENSED BY THE
MINNESOTA DEPARMENT OF COMMERCE

| Our Account # | Current Balance Due |
|---|---|
| HZ0629 | $ 2327.52 |

LUCINDA GOTTSCHALK

Payment Amount

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15773
WILMINGTON DE 19850-5773

NCOP K
1389

010700HZ06292000000070000000002327523

**EXHIBIT 2**

**MARSO AND MICHELSON, P.A.**
**ATTORNEYS AT LAW**
3101 Irving Avenue South
Minneapolis, Minnesota 55408
(612) 821-4817
Facsimile (612) 821-4826
**Web Site www.marsomichelson.com**
E-Mail bmichelson@marsomichelson.com

WILLIAM C. MICHELSON                                        Legal Assistants
PAUL F. MARSO*                                             MONIQUE C. RERAT
PATRICK L. HAYES                                           PAUL T. MOOSBRUGGER
*ALSO LICENSED TO PRACTICE IN WISCONSIN

March 9, 2010

                                                    **CERTIFIED MAIL ARTICLE**
                                                    **NO. 7009 2250 0003 1032 4275**

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044

Re:   Lucinda Gottschalk
      American Express Co.
      Account No.          2007

Dear Madam or Sir:

Enclosed please find a copy of a letter dated February 17, 2010 which was mailed directly to my client, Lucinda Gottschalk.   Please be advised that I have been retained to represent her regarding this matter and for litigation purposes.   Please be further advised that my client disputes this debt and requests verification of it.   Please provide copies of all credit card disclosure statements that were provided to my client as required by the Truth-In-Lending Act, the date that such disclosure statements were delivered to her and the method of their delivery.   I have corresponded with American Express, United Recovery Systems, LP and MRS Associates, Inc. about this matter.   Enclosed herein please find a copy of a letter dated September 9, 2009 which I wrote to MRS Associates, Inc. which enclosed my letters to United Recovery Systems, LP and to American Express about this account.   What information does NCO Financial Systems Inc. have regarding my representation of Ms. Gottschalk?   Also, under no circumstances should you again contact my client directly.

Please correspond with me.   Should you contact my office by telephone, due the high volume of telephone calls from my clients' debt collectors, I may not be able to return your telephone call. If you do contact me by telephone, be prepared to leave a message for me including your full name, my client's name, your telephone number with extension or your direct telephone line, your reference number, the last four digits of the original account number and the original creditor's name.   In any event, if you leave a message for me and I do not contact you by telephone, do not contact my client directly under any circumstances.   Thank you.

Page 2
March 9, 2010
Re:    Lucinda Gottschalk
       American Express Co.
       Account No.      2007

Very truly yours,

William C. Michelson

WCM/mr

Encl

cc:    Ms. Lucinda Gottschalk
       American Express, Certified Mail Article
       No. 7009 2250 0003 1032 4282

DEPT 07
WILMINGTON, DE 19850-5760

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-888-217-9861
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Feb 17, 2010

Calls to or from this company may be monitored
or recorded for quality assurance.

1389

HZ0629
LUCINDA GOTTSCHALK
5320 SADDLE RIDGE TRL
MAPLE PLAIN MN  55359-9413

CREDITOR: AMERICAN EXPRESS (US)
CREDITOR'S ACCOUNT #:                 2007
REGARDING: CID303689817015USD
CURRENT BALANCE DUE: $2327.52

Please be advised that we have been requested by AMERICAN EXPRESS (US) to assist them in the collection of the amount set forth above.

You may contact us at 1-888-217-9861 if you have any questions or if you would like to discuss this matter further.

**You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CHZ06290-73BF3A.** To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

THIS COLLECTION AGENCY IS LICENSED BY THE
MINNESOTA DEPARMENT OF COMMERCE

| Our Account # | Current Balance Due |
|---|---|
| HZ0629 | $ 2327.52 |

LUCINDA GOTTSCHALK
Payment Amount

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15773
WILMINGTON DE 19850-5773

NCOP K
1389

010700HZ06292000000070000000002327523

**MARSO AND MICHELSON, P.A.**
**ATTORNEYS AT LAW**
3101 Irving Avenue South
Minneapolis, Minnesota 55408
(612) 821-4817
Facsimile (612) 821-4826
Web Site www.marsomichelsonharrigan.com
E-Mail pa@marsomichelsonharrigan.com

WILLIAM C. MICHELSON
PAUL F. MARSO*
*ALSO LICENSED TO
PRACTICE IN WISCONSIN

Legal Assistant
MONIQUE C. RERAT

Law Clerk
PATRICK L. HAYES

September 9, 2009

CERTIFIED MAIL ARTICLE
NO. 7008 2810 0000 1786 2084

MRS Associates, Inc.
701 Brooksedge Plaza Drive
Westerville, OH 43081

Re:   Lucinda Gottschalk
       American Express Co.
       Account No.              2007
       MRS Account No. 29269

Dear Madam or Sir:

Enclosed please find a copy of a letter dated August 17, 2009 which was mailed directly to my client, Lucinda Gottschalk.   Please be advised that I have been retained to represent her regarding this matter and for litigation purposes. Please be further advised that my client disputes this debt and requests verification of it. Please provide copies of all credit card disclosure statements that were provided to my client as required by the Truth-In-Lending Act, the date that such disclosure statements were delivered to her and the method of their delivery.  I have corresponded with American Express and United Recovery Systems, LP about this matter. Enclosed herein please find a copy of a letter dated June 24, 2009 which I wrote to United Recovery Systems, LP which encloses a copy of the January 30, 2009 letter I wrote to American Express about this account.  What information does MRS Associates, Inc. have regarding my representation of Ms. Gottschalk?  Also, under no circumstances should you again contact my client directly.

Please correspond with me. Should you contact my office by telephone, due the high volume of telephone calls from my clients' debt collectors, I may not be able to return your telephone call. If you do contact me by telephone, be prepared to leave a message for me including your full name, my client's name, your telephone number with extension or your direct telephone line, your reference number, the last four digits of the original account number and the original creditor's name.  In any event, if you leave a message for me and I do not contact you by telephone, do not contact my client directly under any circumstances. Thank you.

Page 2
September 9, 2009
Re:    Lucinda Gottschalk
        American Express Co.
        Account No.            2007
        MRS Account No. 29269

Very truly yours,

William C. Michelson

WCM/mr

Encl

cc:     Ms. Lucinda Gottschalk
        American Express, Certified Mail Article
        No. 7008 2810 0000 1786 2091



**Office Handling Your Account:**
MRS Associates, Inc.
701 Brooksedge Plaza Dr.
Westerville OH 43081
888-491-5170

**Office Hours:**
Monday - Thursday   8am - 9pm   ET
Friday                        8am - 5pm   ET
Saturday                   8am - 12pm ET

| RE: American Express | |
|---|---|
| CREDITOR ACCT#: | 2007 |
| MRS ACCT#: | |

August 17, 2009

Dear LUCINDA GOTTSCHALK,

The above referenced client has placed your account with our office for collection. This decision was made due to your continued failure to meet your contractual obligation.

If the debt is not in dispute, then you have an important decision to make: honor your contractual obligation and receive significant positive benefits from satisfying the debt or continue not honoring your contractual obligation and continue to face the possibility of negative consequences. The negative consequences are determined by the terms and conditions of your contract, the applicable laws in your state, and our client's willingness to incur additional costs and expenses.

Clearly our client would prefer to work with you than against you, however, the decision to proceed with further collection activity is determined by you and your willingness to honor your commitment.

## IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

MRS ASSOCIATES INC.
888-491-5170

<u>MINNESOTA RESIDENTS:</u>
This collection agency is licensed by the Minnesota Department of Commerce.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collection agency.

## MARSO AND MICHELSON, P.A.
### ATTORNEYS AT LAW
3101 Irving Avenue South
Minneapolis, Minnesota 55408
(612) 821-4817
Facsimile (612) 821-4826
Web Site www.marsomichelsonharrigan.com
E-Mail pa@marsomichelsonharrigan.com

WILLIAM C. MICHELSON
PAUL F. MARSO*
*ALSO LICENSED TO
PRACTICE IN WISCONSIN

Legal Assistant
MONIQUE C. RERAT

Law Clerk
PATRICK L. HAYES

June 24, 2009

CERTIFIED MAIL ARTICLE
NO. 7008 2810 0001 1785 9299

United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929

Re:    Lucinda Gottschalk
       American Express Co.
       Account No.
       URS No.              2007

Dear Madam or Sir:

Enclosed please find a copy of a letter dated June 3, 2009 which was mailed directly to my client, Lucinda Gottschalk. Please be advised that I have been retained to represent her regarding this mater and for litigation purposes. Please be further advised that my client disputes this debt and requests verification of it. Please provide copies of all credit card disclosure statements that were provided to my client as required by the Truth-In-Lending Act, the date that such disclosure statements were delivered to her and the method of their delivery. I have corresponded with American Express about this matter. Enclosed herein please find a copy of a letter dated January 30, 2009 which I wrote to American Express about this account. What information does United Recovery Systems, LP have regarding my representation of Ms. Gottschalk? Also, under no circumstances should you again contact my client directly. Thank you.

Very truly yours,

William C. Michelson

WCM/mr

Encl

cc:    Ms. Lucinda Gottschalk
       American Express, Certified Mail Article
       No. 7008 2810 0001 1785 9282



UNITED RECOVERY SYSTEMS

United Recovery Systems LP
P.O. Box 722929
Houston, TX 77272-2929

**MARSO, MICHELSON & HARRIGAN, P.A.**
**ATTORNEYS AT LAW**
3101 Irving Avenue South
Minneapolis, Minnesota 55408
(612) 821-4817
Facsimile (612) 821-4826
Website www.marsomichelsonharrigan.com
E-Mail pa@marsomichelsonharrigan.com

THOMAS G. HARRIGAN
WILLIAM C. MICHELSON
PAUL F. MARSO*
*ALSO LICENSED TO
PRACTICE IN WISCONSIN

Legal Assistant
MONIQUE C. RERAT
Law Clerk
PATRICK L. HAYES

January 30, 2009

CERTIFIED MAIL ARTICLE
NO. 7008 1140 0001 0688 8224

American Express
Box 0001
Los Angeles, CA 90096-8000

Re:   Cindi K. Gottschalk
      Account Number            2007
      Alleged Balance: $2,339.35

Dear Madam or Sir:

Enclosed herewith please find a copy of a statement which was mailed to my client, Cindi K. Gottschalk. Please be advised that I have been retained to represent her regarding this matter and for the purpose of negotiating reduced payments of her debts and for litigation purposes. Please be further advised that my client disputes this debt and requests verification of it, including copies of all disclosure statements sent to her, if any, the dates such disclosures were provided, and the method of their delivery. Ms. Gottschalk and her husband have over $457,000.00 of unsecured debt. Nonetheless, Ms. Gottschalk is willing to pay 10% of the alleged current balance, $233.94, in full settlement of the account. Please advise.

Because I represent Ms. Gottschalk regarding this matter, any further contact regarding this matter must be made directly with me and not with my client. Should this matter be referred to a debt collection agency or collection attorney, please advise that agency or attorney to which or to whom the account is referred that this law firm represents Cindi K. Gottschalk regarding this matter and said agency or attorney should contact this law firm and not my client. This letter should be considered part of the collection file and must be shared with any collection agency or attorney that receives this account for collection in the future.

Page 2
January 30, 2009
Re:    Cindi K. Gottschalk
       Account Number          2007
          Alleged Balance: $2,339.35

Very truly yours,

William C. Michelson

WCM/mr

Encl

cc:    Ms. Cindi K. Gottschalk

Statement of Account

costco

**Activity**

New Activity for CINDI K GOTTSCHALK

| | | | | | | Amount |
|---|---|---|---|---|---|---|
| 12/10/08 | Periodic Finance Charge | | | | | 2.97 |
| **Total of New Activity** | | | | | | **26.97** |

| Finance Charges | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 2,347.39 | 0.0383% | 13.97% | 13.99% | 26.97 |
| Cash Advances | 0.00 | 0.0520% | 0.00% | 18.99% | 0.00 |
| | | | | | 26.97 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number
3717-438997-42007

Payment Due Date
12/30/08

To Pay by Computer, visit:
americanexpress.com/pbo.

New Balance
$ 2,389.35

Minimum Amount Due
$47.00

CINDI K GOTTSCHALK
5320 SADDLE RDG TRL
MAPLE PLAIN MN 55359-9413

$

Amount enclosed

Mail Payments



AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

**EXHIBIT 3**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits. *Gottschalk*

1. Article Addressed to:

NCO Financial Systems In,
507 Prudential Road
Horsham, PA 19044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☑ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  3/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2250 0003 1032 4275

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT 4**

PO BOX 15456
Dept 03
WILMINGTON DE 19850

**NCO Financial Systems, Inc.**
1804 Washington Blvd, Mailstop 450, Baltimore, MD 21230

Calls to or from this company may be monitored
or recorded for quality assurance.

1-800-829-6136
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Mar 27, 2010

590-30


MN1683
LUCINDA GOTTSCHALK
5320 SADDLE RIDGE TRL
MAPLE PLAIN MN  55359-9413

CREDITOR: AMERICAN EXPRESS
CREDITOR'S ACCOUNT #:                    2007
REGARDING: CID30368981701 5USD
CURRENT BALANCE DUE: $ 2327.52

---

Please be advised that the creditor listed above has placed the above account with us to collect.

**You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is
3434ZV.** To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof,
this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will
obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification.  If you request
this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original
creditor, if different from the current creditor.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

THIS COLLECTION AGENCY IS LICENSED BY THE
MINNESOTA DEPARTMENT OF COMMERCE

| Account # | Total Balance |
|---|---|
| MN1683 | $2327.52 |
| LUCINDA GOTTSCHALK | |

**Payment Amount** ⬇

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15456
WILMINGTON DE 19850-5456

L    30

010300MN16836000000140000000002327521